BROWN, WHEELOCK, HARRIS, STEVENS, INC., Respondent, *v.* COTY, INC., Appellant.

Argued May 27, 1943; decided July 20, 1943.

---

* See footnote in *People ex rel. Chemical National Bank* v. *Miller,* 291 N. Y. 508. — [REP.

*Mahlon B. Doing* and *Alexis C. Coudert* for appellant.
*Alexander Pfeiffer* and *Myron P. Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.